IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN ANTHONY BOGINS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1826

Opinion filed February 17, 2015.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Appellant John Anthony Bogins, pro se.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.